**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 15 2017
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

Shaun Garvey                          ) Plaintiff(s)
                                      )
vs.                                   ) Civil Case No.: 5:17-CV-1257 (MAD/TWD)
                                      )
Interactions Marketing                ) COMPLAINT PURSUANT
                                      ) TO THE AMERICANS
                                      ) WITH DISABILITIES ACT
                                      ) Defendant(s)

Plaintiff(s) demand(s) a trial by: ✓ JURY ___ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

## PARTIES

2. a. Plaintiff: Shaun Garvey

   Address: P.O. Box 12
            Liverpool NY
            13090

   b. Plaintiff: _____

   Address: _____

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Interactions Marketing

   Official Position: _____

   Address: 9555 Chesepeako Drive
   San Diego CA

   b. Defendant: Interactions Marketing

   Official Position: c/o Kim Colbert

   Address: 333 Ludlow St
   4th Flor
   Stamford, Ct 06902

Additional Defendants may be added on a separate sheet of paper.

4. My disability is as follows:

   - Anxiety Panic
   - Documents from human rights campaign ~~attack~~ attached. and along with a briefly at this point.

5. The conduct complained of in this action involves:
(Check all that apply)

(A) ____ Failure to employ.

(B) _X_ Termination of employment.

(C) ____ Denial of participation in public service or program.

(D) ____ Failure to make alterations to accommodate disability.

(E) ____ Retaliation.

(G) _X_ Other acts as specified below:
_____
_____
_____

6. **FACTS**

On the following page, set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

Note: Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

You may use additional sheets as necessary.

- Alleged poor performance
- Alleged sexual misconduct on my part lack investigation.
- no acocomidations or interest in figuring out how to assist me.

7. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Due to the conduct which I will illistrate for you I request $5,000,000.00 This is no joke, nor is this frivolous. I will provide Documentation and reasing for this figure

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11/15/17

Signature of Plaintiff(s)
(all Plaintiffs must sign)

**SECOND CAUSE OF ACTION**

Due to my Disorder I had to go to hospital which caused further complications with the job that eventually caused termination.

**THIRD CAUSE OF ACTION**

I was also alleged sexual misconduct that I induced like Due to having being let go along with the anxiety Disorder.

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

    Nov 16, 2016
    (Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (**copy attached**) which was received by me on or about:

    Aug 17 2017
    (Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

8.                                              FACTS

   Set forth the facts of your case which substantiate your claims. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

— I was wrongfully terminated due to a Disability, that was shown probable cause by the human rights campaign. I was alleging misconduct on the side of poor performance, etc. yet was let go for situations due to anxiety disorder.

9.                                     CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

                              FIRST CAUSE OF ACTION

I was let go due to anxiety disorder. My employer failed to assist me in any accommodations during my employment.

15. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I seek Damages at this time of ~~the~~ $500,000.000 I will coinibe exactly where I come from this number.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11/14/17

11/14/17

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010